NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

19-544

STATE OF LOUISIANA

VERSUS

ROBERT NEAL GREEN, JR.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 78666
HONORABLE STEPHEN B. BEASLEY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*
ON REHEARING
\*\*\*\*\*\*\*\*\*\*

ULYSSES GENE THIBODEAUX
CHIEF JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Ulysses Gene Thibodeaux, Chief Judge, Elizabeth A. Pickett, and Shannon J. Gremillion, Judges.

PICKETT, J., dissents and would deny the rehearing with reasons.

ORDER REMANDING CASE FOR
COMPLIANCE WITH La.R.S. 46:2143
IS RECALLED AND VACATED.

District Attorney – Eleventh Judicial District
P. O. Box 1557
Many, LA 71449
Telephone: (318) 256-6246
COUNSEL FOR:
    Plaintiff/Appellee - State of Louisiana

**Annette Roach**
**Louisiana Appellate Project**
**P. O. Box 1747**
**Lake Charles, LA 70602-1747**
**Telephone:  (337) 436-2900**
**COUNSEL FOR:**
     **Defendant/Appellant – Robert Neal Green, Jr.**

**Robert Neal Green, Jr.**
**Pro-Se**
**205 Franklin Street**
**Mansfield, LA 71052**
     **Defendant/Appellant – Robert Neal Green, Jr.**

## ON REHEARING

**THIBODEAUX, Chief Judge.**

Our initial opinion in this matter ordered a remand to the trial court to determine whether the victim consented to GPS monitoring and to specify the conditions of monitoring pursuant to La.R.S. 46:2143(B).

We now conclude that the Legislature has not provided for electronic monitoring in all cases as a condition of general probation. Moreover, it appears that La.R.S. 46:2143 is not applicable to Sabine Parish; rather, it is applicable to only East Baton Rouge and Lafourche Parishes. Thus, the order remanding this case for compliance with La.R.S. 46:2143 was improvidently granted. The Order is, therefore, recalled and vacated.

**ORDER REMANDING CASE FOR COMPLIANCE WITH La.R.S. 46:2143 IS RECALLED AND VACATED**.

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION. RULE 2-16.3, UNIFORM RULES—COURTS OF APPEAL.

STATE OF LOUISIANA

VERSUS

ROBERT NEAL GREEN, JR.

**Pickett, J., dissents and assigns written reasons.**

I respectfully dissent from the opinion granting rehearing in this matter. The defendant was charged with simple kidnapping and pled no contest to that charge. He consented to the sentence imposed, including electronic monitoring. Louisiana Code of Criminal Procedure Article 895(A) states:

> When the court places a defendant on probation, it shall require the defendant to refrain from criminal conduct and to pay a supervision fee to defray the costs of probation supervision, and it may impose <u>any specific conditions reasonably related to his rehabilitation</u>, including any of the following.

It then lists specific conditions of probations. This is a non-exclusive list, and I find that electronic monitoring can be ordered by the court in this case.